## IN RE SARNER.

No. 490.   Decided January 11, 1960.

*Aaron W. Nussman* for appellant.

*David D. Furman,* Attorney General of New Jersey, and *Morton I. Greenberg,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to use the record in No. 803, October Term 1958, is granted.   The motion to dismiss is granted and the appeal is dismissed as moot.

## IN RE McDANIEL.

No. 252, Misc.   Decided January 11, 1960.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.